IT IS SO ORDERED.
s/Greg White
U.S. Magistrate Judge
4/28/2014

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARVIN E. MCPHERSON, individually And on behalf of others similarly situated <br><br> Plaintiff, <br><br> -v- <br><br> TYROLER SCRAP METALS, INC., et al. <br><br> Defendants. | CIVIL ACTION No. 1:13-CV-02204 <br><br><br> STIPULATION OF DISMISSAL |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of Plaintiff's Complaint with prejudice and without costs or attorney's fees to any party.

Respectfully submitted,

Plaintiff Marvin E. McPherson
By his attorney,

*Leonard F. Lybarger*
Leonard F. Lybarger
Attorney for Plaintiff
Landmark Centre, Suite 270
25700 Science Park Drive
Beachwood, Ohio 44122-7312

Dated: 4/23/14

Defendants Tyroler Scrap Metals, Inc.
And Henrietta Becker
By their attorney

*John P. Malone*
John P. Malone, Jr. #0023580
Malone Law LLC
614 W. Superior Ave. #1150
Cleveland, Oh 44113
Attorney for Defendants Tyroler Scrap Metals, Inc. and Henrietta Becker
jmaloneattorney@gmail.com
Dated: 4/23/14